UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
+ Case No. 19-31602
MARY F. DELANO +

MOTION FOR RELIEF FROM STAY

Comes now Stonemark Management, LLC (The Mark Apartments), debtor's present landlord, and moves this Honorable Court for an Order granting him Relief from the Stay and as grounds states:

1. The debtor leases from your movant the property known as 5701 E Shirley Ln Apt 1006, Montgomery, AL 36117. The debtor promised to pay $746.00 per month rent plus late fees.

2. The debtor filed bankruptcy on 06/10/2019.

3. The debtor owes post-petition rent. The balance due at 11/18/2020 is $2,592.72. Attached are copies of the landlord's affidavit and the lease [Exhibit A].

4. The landlord asserts he is entitled to an Order Granting him Relief from the Stay so that he may seek possession of his private property.

5. The landlord requests that upon the Stay being lifted that any automatic stay of execution pursuant to Rule 4001(a)(3) be waived for the purpose of seeking possession only.

Wherefore, the landlord requests an Order Granting Relief from Stay

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor
Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 356.3593 Fax 356.6392

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

| | |
|---|---|
| **Gregory E Tolar**<br>**1034 East Main Street**<br>**Prattville, AL 36066** | **Sabrina L. McKinney, Trustee**<br>**P. O. Box 173**<br>**Montgomery, AL 36101** |

                                               /s/   Larry Darby
                                               Larry E. Darby