**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                    Case No. 19−31602
                                                         Chapter 13
Mary F. DeLago ,

      Debtor.

**NOTICE**

PLEASE TAKE NOTICE that a telephone hearing will be held on December 10, 2020 at 10:05 AM to consider and act upon the following:

*38 −* Motion for Relief from Stay . Fee Amount $181 filed by Larry E. Darby Esq on behalf of The Mark Apartments. (Attachments: # 1 Affidavit # 2 Exhibit Lease) (Darby, Larry)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated November 22, 2020

Juan−Carlos Guerrero
Clerk of Court

In re:

Mary F. DeLago

     Debtor(s)

Case No. 19-31602-WRS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: blivingst | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: nhATT888 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary F. DeLago, 5701 E. Shirley Lane, Apt. #1006, Montgomery, AL 36117-1946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Gail Donaldson | on behalf of Debtor Mary F. DeLago Gdonaldson@bondnbotes.com  gailhdonaldson@gmail.com |
| Larry E. Darby, Esq | on behalf of Creditor The Mark Apartments LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH  An Affiliate of UAB HEALTH SYSTEM noticesmd@chambless-math.com |
| Michael A. Harrison | on behalf of Creditor AF Title Co.  dba American Financial mharrison@keygreer.com, bankruptcy@keygreer.com;john@tks-inc.com;honiejo@keygreer.com;lori@keygreer.com;lori@keygreer.com |

Richard C. Dean, Jr.

on behalf of Creditor 2nd Chance Auto Sales rdean@mindspring.com  collector2@deanlawfirm.org;collector3@deanlawfirm.org

Sabrina L. McKinney

trustees_office@ch13mdal.com


TOTAL: 7