The relief described hereinbelow is SO ORDERED

Done this 22nd day of January, 2021.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:
MARY F. DELAGO,                                     CASE NO. 19-31602-WRS-13
                                                                CHAPTER 13

       DEBTOR.

**CONSENT ORDER CONDITIONALLY DENYING**
**MOTION FOR RELIEF FROM STAY**

This matter having come before the Court on the Motion for Relief from Automatic Stay (Doc. 38) on behalf of The Mark Apartments. Upon the Motion for Relief from Automatic Stay filed The Mark Apartments, and the Court being advised of the agreement of the parties, Debtor, Mary F. DeLago, and the Creditor, The Mark Apartments, it is, in accordance with the agreement of the parties,

ORDERED, ADJUDGED, CONSIDERED and DECREED as follows:

1. The Motion for Relief from Stay is CONDITIONALLY DENIED subject to the following terms and conditions.

2. The Debtor's plan is amended to add $3,271.45 to The Mark Apartments to bring the lease current through December, 2020 which includes fees and costs of The Mark Apartments. The Debtor's Chapter 13 payment is increased to $257.00 bi-weekly with a specified monthly payment of $80.00 to The Mark Apartments.

3. The Debtor shall pay the ongoing lease payments directly to The Mark Apartments beginning January, 2021 in the amount of $770.00 monthly. In the event of any future breach of the ongoing lease, The Mark Apartments shall mail, by regular mail, a written **ten (10) day** notice of default to the Debtor and the Debtor's attorney to their addresses listed in the petition. If the default is not cured within **ten (10) days** from the date of the letter, then in that event the automatic stay imposed under 11 U.S.C. Section 362 will terminate automatically without further Notice or Order of this Court.

###END OF ORDER###

This Consent Order prepared by:
Darby Law Firm, LLC
P.O. Box 3905
Montgomery, AL 36109
Tel. 334.356.3593 Fax 334.356.6392

**CONSENTED TO BY:**

*/s/ Jessica Trotman*
Staff Attorney for Sabrina L. McKinney
Chapter 13 Standing Trustee

*/s/ Larry Darby*                               */s/ Gail Donaldson*
Larry Darby, Esq.                               Gail Donaldson
Creditor                                        Attorney for Debtor